IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION

| | |
|---|---|
| CROSS-TANN INVESTMENT GROUP LLC, et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>CROSS TOUR REALTY MANAGEMENT, INC., et al.,<br><br>    Defendants. | Civil Action No.<br><br>2:21-cv-217-RWS |

## **ORDER**

This case comes before the Court on Plaintiffs' Notice of Voluntary Dismissal without Prejudice [Dkt. 11], filed pursuant to FED. R. CIV. P. 41(a)(1)(A)(i), and upon submission by the Clerk of Court.[1] Rule 41(a)(1)(A) allows dismissal by a Plaintiff without a court order by filing:

(i)     a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment; or

(ii)     a stipulation of dismissal signed by all parties who have appeared.

---

[1] The Clerk submitted the Notice [Dkt. 11] to the undersigned noting Plaintiffs' failure to comply with Subsection 41(a)(1)(A)(ii) based upon the appearance of counsel on behalf of Defendants and requirement that a stipulation of dismissal be signed by all parties who have appeared.

FED. R. CIV. P. 41.  Here, Plaintiffs expressly note in their Notice that no Defendant has answered or moved for summary judgment.  As such, dismissal by Plaintiffs is appropriate under Subsection 41(a)(1)(A)(i).  Accordingly, Plaintiffs' Notice of Voluntary Dismissal without Prejudice [Dkt. 11] is hereby **APPROVED.**

The Clerk is **DIRECTED** to **DISMISS** Plaintiffs' Complaint [Dkt. 1] **without prejudice** and close the case.

**SO ORDERED** this 23rd day of November, 2021.

_____
**RICHARD W. STORY**
United States District Judge